**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 101 PIPE & CASING INCORPORATED,<br><br>Plaintiff<br><br>vs.<br><br>KINGMAN FARMS, LLC, an Arizona Limited Liability Company; JAMES RHODES, an individual; DOES I through V and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case Number:<br>2:20-cv-00067-JCM-NJK<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Plaintiff, 101 Pipe & Casing Incorporated, by and through its attorneys of record, Cody S. Mounteer, Esq. of the law firm of Marquis Aurbach Coffing, hereby request that Terry A. Coffing, Esq. be removed from the list of counsel to be noticed because Mr. Coffing is no longer with this firm.

Dated this 7th day of January, 2022.

MARQUIS AURBACH COFFING

By: /s/ Cody S. Mounteer, Esq.
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Las Vegas, Nevada 89145
Attorneys for Plaintiff

IT IS SO ORDERED.
Dated:  January 10, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

MAC:15225-001 4586844_1